# EXHIBIT 6

**EXHIBIT 6**
**Claim Chart for U.S. Patent No. 8,253,492**

| U.S. Patent No. 8,253,492 | Evidence of Use |
|---|---|
| 1[pre].  A variable gain amplifier, comprising: | To the extent the preamble is found to be limiting, each of the '492 Accused Products includes a variable gain amplifier.<br><br>For example, each of the '492 Accused Products includes an RF variable gain amplifier.  For example, upon information and belief, the BCM4335XKUBG includes a WLAN 2.4 GHz RX differential input variable gain amplifier:<br><br> |
| 1[a].  a plurality of direct current (DC) blocking capacitors configured to commonly receive an input signal at respective first terminals; | Each of the '492 Accused Products includes a plurality of direct current (DC) blocking capacitors configured to commonly receive an input signal at respective first terminals.<br><br>For example, each of the '492 Accused Products includes a plurality of direct current blocking capacitors configured to commonly receive an RF input signal at respective first terminals. For example, upon information and belief, the BCM4335XKUBG includes at least |

| U.S. Patent No. 8,253,492 | Evidence of Use |
|---|---|
| | a pair of direct current (DC) blocking capacitors configured to commonly receive input signal BTWL2_LNA+ at their respective first terminals as follows:<br><br> |
| 1[b].   a variable amplifier unit having a plurality of amplifier transistors configured to amplify outputs of respective second terminals of the plurality of DC blocking capacitors; | Each of the '492 Accused Products includes a variable amplifier unit having a plurality of amplifier transistors configured to amplify outputs of respective second terminals of the plurality of DC blocking capacitors.<br><br>For example, each of the '492 Accused Products includes a variable amplifier unit containing groups of NMOS transistors configured to amplify outputs of respective second terminals of |

| U.S. Patent No. 8,253,492 | Evidence of Use |
|---|---|
| | the pair of DC blocking capacitors. For example, upon information and belief, the BCM4335XKUBG includes at least the following:<br><br> |
| 1[c].  a load impedance unit commonly coupled to a plurality of outputs of the variable amplifier; | Each of the '492 Accused Products includes a load impedance unit commonly coupled to a plurality of outputs of the variable amplifier.<br><br>For example, each of the '492 Accused Products includes a load impedance commonly coupled to the plurality of outputs of the amplifying NMOS transistors. For example, upon information and belief, the BCM4335XKUBG includes at least the following: |

| U.S. Patent No. 8,253,492 | Evidence of Use |
|---|---|
| | |
| 1[d].    a plurality of bias resistors respectively having first terminals coupled to the respective second terminals of the plurality of DC blocking capacitors; | Each of the '492 Accused Products includes a plurality of bias resistors respectively having first terminals coupled to the respective second terminals of the plurality of DC blocking capacitors.

For example, each of the '492 Accused Products includes a local bias generator containing a plurality of resistors having first terminals coupled to the respective second terminals of the DC blocking capacitors.  For example, upon information and belief, the BCM4335XKUBG includes at least the following: |

| U.S. Patent No. 8,253,492 | Evidence of Use |
|---|---|
| |  |

| U.S. Patent No. 8,253,492 | Evidence of Use |
|---|---|
| 1[e]. a variable bias voltage generator having a plurality of bias voltage generator circuits each having a constant current source and a reference transistor coupled together in series, and each configured to apply a bias voltage to a second terminal of a corresponding one of the plurality of bias resistors; and | Each of the '492 Accused Products includes a variable bias voltage generator (local bias generator) having a plurality of bias voltage generator circuits each having a constant current source and a reference transistor coupled together in series, and each configured to apply a bias voltage to a second terminal of a corresponding one of the plurality of bias resistors.<br><br>For example, each of the '492 Accused Products includes a local bias generator that has at least two bias voltage generator circuits each having its own constant current source generated by current generating cells which is in series with a reference transistor, and each circuit applies a bias voltage to a second terminal of a corresponding one of the plurality of bias resistors. For example, upon information and belief, the BCM4335XKUBG includes at least the following:<br><br>**Schematic of Local Bias Generator**:<br> |

| U.S. Patent No. 8,253,492 | Evidence of Use |
|---|---|
| 1[f].  a gain controller configured to control, independently of one another, a plurality of outputs of either the variable amplifier unit or the variable bias voltage generator. | Each of the '492 Accused Products includes a gain controller configured to control, independently of one another, a plurality of outputs of either the variable amplifier unit or the variable bias voltage generator.<br><br>For example, each of the '492 Accused Products includes a gain controller configured to control (e.g., via BTWL2_IREF[3] and [4], WLRX_AMPEN, WLRX_AMBR, and X_WLRX2_AGCT[1:0]), independently of one another, a plurality of outputs of either the variable amplifier unit or the local bias generator.  For example, upon information and belief, the BCM4335XKUBG includes at least the following:<br><br>**Schematic of Local Bias Generator**:<br><br> |

| U.S. Patent No. 8,253,492 | Evidence of Use |
|---|---|
| | **Overview Schematic of BCM4335XKUBG**:<br><br><br><br>Variable Amplifier Unit |

| U.S. Patent No. 8,253,492 | Evidence of Use |
|---|---|
| |  |