# EXHIBIT 7

**Exhibit 7**
**Claim Chart for U.S. Patent No. 9,218,485**

| U.S. Patent No. 9,218,485 | Evidence of Use |
|---|---|
| 1[pre]. An information processing device comprising | To the extent the preamble is found to be limiting, each of the Accused Products is an information processing device.<br><br>For example, upon information and belief, each of the Accused Products is an integrated circuit such as an SoC, a processor or a microcontroller comprising information processing functionalities:<br><br>**BROADCOM® STRATAGX®**<br>**BCM5871X Series Processors**<br>Quad-Core 64-bit ARMv8 Communications Processor<br><br>- BCM5871X Product Brief (https://docs.broadcom.com/doc/1211168571391, last visited July 5th 2022)<br><br>**FEATURES**<br>• CPU<br> – Quad-core Cortex-A57 64-bit ARMv8 up to 1.8GHz<br> – Two-stage address translation for virtualization with I/O memory management unit (MMU)<br> – 48 KB I-cache and 32 KB D-cache per core<br> – 2 MB shared L2 cache<br><br>- *Id.* |

1

| U.S. Patent No. 9,218,485 | | Evidence of Use |
|---|---|---|
| 1[a] | a storage operable to store a first set of program instructions including one or more program instructions for detecting a tampering of a second set of program instructions; and | Each of the Accused Products includes a storage operable to store a first set of program instructions including one or more program instructions for detecting a tampering of a second set of programing instructions.<br><br>Specifically, upon information and belief, each of the Accused Products has a storage comprising one or more memory units (e.g., a ROM) associated with secure processing mode features, including but not limited to Secure Boot, TrustZone, Tamper Protection, and Secure Key Storage operable to store a first set of program instructions (e.g., Secure Boot Engine instructions, including secure key storage, PKA engine, and immutable bootloader instructions) including one of more program instructions for detecting a tampering of a second set of program instructions (e.g., subsequent stage boot code and/or kernel or application code): |

| U.S. Patent No. 9,218,485 | Evidence of Use |
|---|---|
|  | <br>BCM5871X Block Diagram<br><br>- *Id.* at 2.<br><br>The Secure Boot / TrustZone components implement Broadcom ARM platform features for detection of tampering with boot sequence and/or kernel or application software: |

| U.S. Patent No. 9,218,485 | Evidence of Use |
|---|---|
| | ROTPK          Root of Trust Public Key (for firmware verification)<br><br>**3.7 Immutable bootloader**<br><br>The first code of the Trusted Boot process is an immutable bootloader placed in an on-chip boot ROM or a locked eFlash sector that can emulate a boot ROM. An example of an emulated boot ROM would be an area of flash with an OTP lock that permanently disables write and erase accesses to the flash area, while also disabling debug access (e.g. JTAG/SWD).<br><br>The purpose of the immutable bootloader should be solely to validate the signature of the next stage against the ROTPK. The next stage is expected to be a second stage bootloader or a SPM, which provide richer functionality.<br>- See Arm® Platform Security Architecture Trusted Boot and Firmware Update 1.1 (https://developer.arm.com//media/Arm%20Developer%20Community/PDF/PSA/DEN0072-PSA_TBFU_1.1-BETA0.pdf?revision=3ce2513a-ae0f-4b43-96a0-851ed67a640b., last visited July 5th 2022, pp. ix and 28) |
| 1[b]   a controller operable to (i) read the one or more program instructions of the first set of program instructions from the storage, (ii) judge whether or not at least part of the second set of program instructions is tampered with, by executing the one or more program instructions of the first set of program instructions in a secure processing mode, so as to execute, when it is judged that the second set of program instructions has not been tampered with, one or more program instructions of the second set of program instructions, | Each of the Accused Products includes a controller operable to (i) read the one or more program instructions of the first set of program instructions from the storage, (ii) judge whether or not at least part of the second set of program instructions is tampered with, by executing the one or more program instructions of the first set of program instructions in a secure processing mode, so as to execute, when it is judged that the second set of program instructions has not been tampered with, one or more program instructions of the second set of program instructions,<br><br>Specifically, upon information and belief, each of the Accused Products includes a controller (e.g., Secure Boot Engine and/or associated processor core performing Secure Boot and/or TrustZone processing) operable to read (i) the one or more program instructions of the first set of program instructions from the storage (e.g., first stage / immutable boot code) (ii) judge whether or not at least part of the second set of program instructions is tampered with (e.g., whether subsequent stage boot code and/or kernel or application code in Secure Boot or TrustZone implementations has been tampered with), by executing the one or more program instructions of the first set of program instructions in a secure processing mode (e.g., Secure Boot / Secure Processing Environment and/or TrustZone), so as to execute, when it is judged that the second set of program instructions |

| U.S. Patent No. 9,218,485 | Evidence of Use |
|---|---|
| | has not been tampered with, one or more program instructions of the second set of program instructions (e.g., subsequent stage boot code and/or kernel or application code): <br>- BCM5871X Product Brief, p. 1-2. |

5

| U.S. Patent No. 9,218,485 | Evidence of Use |
|---|---|
| | 

Figure 3: Generic boot process with multiple stages

SPE               Secure Processing Environment. Contains trusted firmware and trusted services.

- See Arm® Platform Security Architecture Trusted Boot and Firmware Update 1.1 pp. ix and 18. |
| 1[c]    wherein, in the secure processing mode, the controller is operable to perform processing with a high level of security so that data of the storage cannot be accessed from outside. | Each of the Accused Products includes a controller wherein, in the secure processing mode, the controller is operable to perform processing with a high level of security so that data of the storage cannot be accessed from outside.

Specifically, upon information and belief, each of the Accused Products operates in the secure processing mode (e.g., Secure Boot and/or Trust Zone or SPE), wherein the controller is operable to perform processing with a high level of security so that data of |

6

| U.S. Patent No. 9,218,485 | Evidence of Use |
|---|---|
| | the storage cannot be accessed from outside (e.g., data in Secure Boot and/or TrustZone memory cannot be accessed from outside the trusted processes in the Accused Products).<br><br>- **Secure Processing Environment (SPE),** which contains the:<br>  - **Trusted firmware** for providing roots of trust to the system. These roots of trust are used for securing sensitive data such as secrets, platform state, and cryptographic key material. This is typically the Trusted Computing Base (TCB) for the SPE software. It is comprised of:<br>    - one or more trusted bootloaders<br>    - a Trusted OS or a Secure Partition Manager (SPM)<br>    - one or more security subsystems *(see 2.1 Security subsystem)*.<br>  - **Trusted services** for providing application-specific security services while remaining isolated from the non-secure applications. It provides security functionality to the non-secure applications, and typically depends on the primitives provided by the trusted firmware.<br>- *Id.* P. 14.<br><br>**3.1  Overview**<br><br>The TrustZone hardware architecture aims to provide a security framework that enables a device to counter many of the specific threats that it will experience. Instead of providing a fixed one-size-fits-all security solution, TrustZone technology provides the infrastructure foundations that allow a SoC designer to choose from a range of components that can fulfil specific functions within the security environment.<br><br>The primary security objective of the architecture is actually rather simple; to enable the construction of a programmable environment that allows the confidentiality and integrity of almost any asset to be protected from specific attacks. A platform with these characteristics can be used to build a wide ranging set of security solutions which are not cost-effective with traditional methods.<br><br>The security of the system is achieved by partitioning all of the SoC's hardware and software resources so that they exist in one of two worlds - the Secure world for the security subsystem, and the Normal world for everything else. Hardware logic present in the TrustZone-enabled AMBA3 AXI™ bus fabric ensures that no Secure world resources can be accessed by the Normal world components, enabling a strong security perimeter to be built between the two. A design that places the sensitive resources in the |

| U.S. Patent No. 9,218,485 | Evidence of Use |
|---|---|
|  | - *See "ARM Security Technology", (https://documentation-service.arm.com/static/5f212796500e883ab8e74531?token=., last visited July 5th 2022, P. 3-2)* |