# EXHIBIT 9

**Exhibit 9**
**Claim Chart for U.S. Patent No. 10,970,424**

| U.S. Patent No. 10,970,424 | Evidence of Use |
|---|---|
| 1[pre]. An information processing device comprising: | To the extent the preamble is found to be limiting, each of the Accused Products is an information processing device.<br><br>For example, upon information and belief, each of the Accused Products is an integrated circuit such as an SoC, a processor or a microcontroller comprising information processing functionalities:<br><br>**BROADCOM® STRATAGX®**<br>**BCM5871X Series Processors**<br>Quad-Core 64-bit ARMv8 Communications Processor<br><br>- BCM5871X Product Brief (https://docs.broadcom.com/doc/1211168571391, last visited July 5th 2022)<br><br>**FEATURES**<br>• CPU<br>  – Quad-core Cortex-A57 64-bit ARMv8 up to 1.8GHz<br>  – Two-stage address translation for virtualization with I/O memory management unit (MMU)<br>  – 48 KB I-cache and 32 KB D-cache per core<br>  – 2 MB shared L2 cache<br><br>- *Id.* |

1

| U.S. Patent No. 10,970,424 | | Evidence of Use |
|---|---|---|
| 1[a] | a hardware memory configured to load at least a program to be protected | Each of the Accused Products includes a hardware memory configured to load at least a program to be protected.<br><br>Specifically, upon information and belief, each of the Accused Products has a hardware memory (e.g., a ROM) configured to load at least a program to be protected (e.g. Secure Boot, TrustZone, Tamper Protection, Secure Key Storage and immutable bootloader instructions):<br><br><br><br>- *Id.* at 2. |

2

| U.S. Patent No. 10,970,424 | | Evidence of Use |
|---|---|---|
| | | The Secure Boot / TrustZone components implement Broadcom ARM platform features for detection of tampering with boot sequence and/or kernel or application software: <br><br> ROTPK    Root of Trust Public Key (for firmware verification) <br><br> **3.7 Immutable bootloader** <br><br> The first code of the Trusted Boot process is an immutable bootloader placed in an on-chip boot ROM or a locked eFlash sector that can emulate a boot ROM. An example of an emulated boot ROM would be an area of flash with an OTP lock that permanently disables write and erase accesses to the flash area, while also disabling debug access (e.g. JTAG/SWD). <br><br> The purpose of the immutable bootloader should be solely to validate the signature of the next stage against the ROTPK. The next stage is expected to be a second stage bootloader or a SPM, which provide richer functionality. <br>- See Arm® Platform Security Architecture Trusted Boot and Firmware Update 1.1 (https://developer.arm.com//media/Arm%20Developer%20Community/PDF/PSA/DEN0072-PSA_TBFU_1.1-BETA0.pdf?revision=3ce2513a-ae0f-4b43-96a0-851ed67a640b., last visited July 5th 2022, pp. ix and 28) |
| 1[b] | and a controller configured to judge whether or not the program to be protected is tampered with, by executing a tamper detection program in a secure processing mode | Each of the Accused Products includes a controller configured to judge whether or not the program to be protected is tampered with, by executing a tamper detection program in a secure processing mode. <br><br> Specifically, upon information and belief, each of the Accused Products includes a controller (e.g., Secure Boot Engine and/or associated processor core performing Secure Boot and/or TrustZone processing) configured to judge whether or not the program to be protected is tampered with, by executing a tamper detection program (e.g., Secure Boot and/or TrustZone) in a secure processing mode (e.g., Secure Boot / Secure Processing Environment and/or TrustZone) |

| U.S. Patent No. 10,970,424 | Evidence of Use |
|---|---|
| | <br>- BCM5871X Product Brief, p. 1-2. |

4

| U.S. Patent No. 10,970,424 | Evidence of Use |
|---|---|
| | *[Figure 3: Generic boot process with multiple stages — diagram showing First stage boot (immutable) → Second stage boot (flash) → SPE runtime (flash) and NSPE runtime (flash). Legend: solid arrow = Verify and execute; dashed = Optional; light box = SPE stage; dark box = NSPE stage.]*<br><br>SPE       Secure Processing Environment. Contains trusted firmware and trusted services.<br><br>- See Arm® Platform Security Architecture Trusted Boot and Firmware Update 1.1 pp. ix and 18. |
| 1[c]   wherein, in the secure processing mode, the controller is configured to prohibit an external device from accessing data in the hardware memory. | Each of the Accused Products includes a controller wherein, in the secure processing mode, the controller is configured to prohibit an external device from accessing data in the hardware memory.<br><br>Specifically, upon information and belief, each of the Accused Products operates in the secure processing mode (e.g., Secure Boot and/or Trust Zone or SPE), wherein the controller is configured to prohibit an external device from accessing data in the hardware |

| U.S. Patent No. 10,970,424 | Evidence of Use |
|---|---|
| | memory (e.g., data in Secure Boot and/or TrustZone memory cannot be accessed from outside the trusted processes in the Accused Products).<br><br>- **Secure Processing Environment (SPE),** which contains the:<br>  - **Trusted firmware** for providing roots of trust to the system. These roots of trust are used for securing sensitive data such as secrets, platform state, and cryptographic key material. This is typically the Trusted Computing Base (TCB) for the SPE software. It is comprised of:<br>    - one or more trusted bootloaders<br>    - a Trusted OS or a Secure Partition Manager (SPM)<br>    - one or more security subsystems *(see 2.1 Security subsystem).*<br>  - **Trusted services** for providing application-specific security services while remaining isolated from the non-secure applications. It provides security functionality to the non-secure applications, and typically depends on the primitives provided by the trusted firmware.<br>- *Id. P. 14.*<br><br>**3.1   Overview**<br><br>The TrustZone hardware architecture aims to provide a security framework that enables a device to counter many of the specific threats that it will experience. Instead of providing a fixed one-size-fits-all security solution, TrustZone technology provides the infrastructure foundations that allow a SoC designer to choose from a range of components that can fulfil specific functions within the security environment.<br><br>The primary security objective of the architecture is actually rather simple; to enable the construction of a programmable environment that allows the confidentiality and integrity of almost any asset to be protected from specific attacks. A platform with these characteristics can be used to build a wide ranging set of security solutions which are not cost-effective with traditional methods.<br><br>The security of the system is achieved by partitioning all of the SoC's hardware and software resources so that they exist in one of two worlds - the Secure world for the security subsystem, and the Normal world for everything else. Hardware logic present in the TrustZone-enabled AMBA3 AXI™ bus fabric ensures that no Secure world resources can be accessed by the Normal world components, enabling a strong security perimeter to be built between the two. A design that places the sensitive resources in the |

| U.S. Patent No. 10,970,424 | Evidence of Use |
|---|---|
| | - *See "ARM Security Technology", (https://documentation-service.arm.com/static/5f212796500e883ab8e74531?token=., last visited July 5th 2022, P. 3-2)* |