# EXHIBIT 10

**Exhibit 10**
**Claim Chart for U.S. Patent No. 6,964,528**

| U.S. Patent No. 6,964,528 | | Evidence of Use |
|---|---|---|
| 1[pre]. | An optical mount substrate comprising: | To the extent the preamble is found to be limiting, each of the Accused Products contain an optical mount substrate. |
| 1[a]. | an optical fiber guide section for arranging and fixing an optical transfer section, having an optical waveguide, or an optical fiber; and | Each of the Accused Products includes an optical fiber guide section for arranging and fixing an optical transfer section, having an optical waveguide, or an optical fiber. Specifically, each of the Accused Products includes, but is not limited to a receptacle and/or connector (an optical fiber guide section) that arranges fixes an optical transfer section, having at least an optical fiber. For example, the AFBR-5803ATQZ includes, but is not limited to, the following: |

1

| U.S. Patent No. 6,964,528 | Evidence of Use |
|---|---|
| | Optical Fiber inserts here (not shown)<br><br>Optical Fiber Guide Section     Optical Transfer Section<br><br>*See also, e.g.*, https://docs.broadcom.com/doc/AV02-0253EN |
| 1[b]. an arrangement section for arranging an optical device optically connected with the optical waveguide or the optical fiber on a first principal plane, | Each of the Accused Products includes an arrangement section for arranging an optical device optically connected with the optical waveguide or the optical fiber on a first principal plane.<br><br>Specifically, each of the Accused Products includes, but is not limited to an arrangement section for arranging at least a photodiode (optical device) which is optically connected with the optical fiber or the optical waveguide on a first principal plane. For example, the AFBR-5803ATQZ includes, but is not limited to, the following:<br><br>Arrangement Section<br><br>First Principal Plane<br><br>Second Principal Plane |

2

| U.S. Patent No. 6,964,528 | Evidence of Use |
|---|---|
| | *See, e.g.,* https://docs.broadcom.com/doc/AV02-0253EN |
| 1[c]. wherein an electrical conductivity member having a higher apparent initial softening temperature than that of material comprising said arrangement section, which penetrates the through said arrangement section from the first principal plane of the arrangement section to a second principal plane of the arrangement section substantially parallel to the first principal plane; and | Each of the Accused Products includes an electrical conductivity member having a higher apparent initial softening temperature than that of material comprising said arrangement section, which penetrates the through said arrangement section from the first principal plane of the arrangement section to a second principal plane of the arrangement section substantially parallel to the first principal plane.<br><br>Specifically, upon information and belief, each of the Accused Products includes, but is not limited to at least one of the plurality of wires shown below (an electrical conductivity member) is made of copper and has a higher apparent initial softening temperature than that of the of the nonconductive plastic material comprising the arrangement section. Further, the at least one of the plurality of wires (electrical conductivity member) penetrates through the arrangement section from the first principal plane of the arrangement section to a second principal plane of the arrangement section substantially parallel to the first principal plane. For example, the AFBR-5803ATQZ includes, but is not limited to, the following:<br><br>[Image: photograph of connector with labels "Arrangement Section", "Electrical Conductivity Member", "First Principal Plane", "Second Principal Plane"] |

3

| U.S. Patent No. 6,964,528 | Evidence of Use |
|---|---|
| | *See also, e.g.*, https://docs.broadcom.com/doc/AV02-0253EN at 1-2. |
| 1[d]. the electrical conductivity member is electrically coupled to the optical device. | The electrical conductivity member of each of the Accused Products is electrically coupled to the optical device.<br><br>Specifically, the at least one of the plurality of wires (electrical conductivity member) of each of the Accused Products is electrically coupled to at least the photodiode (optical device). For example, the AFBR-5803ATQZ includes, but is not limited to, the following: |

| U.S. Patent No. 6,964,528 | Evidence of Use |
|---|---|
| | <br>*See also, e.g.,* https://docs.broadcom.com/doc/AV02-0253EN |

5