# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PANASONIC HOLDINGS CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION<br><br>        Defendant. | Case No. 6:22-cv-755 |

## PANASONIC HOLDINGS CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Panasonic Holdings Corporation hereby discloses it has no parent corporation and that there is no publicly-held company that owns 10% or more of Panasonic Holdings Corporation's stock.

Dated: July 7, 2022

Respectfully submitted,

*/s/ John M. Guaragna*
John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP (US)
303 Colorado St., Suite 3000
Austin, TX  78701
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@us.dlapiper.com

ATTORNEY FOR DEFENDANT
Panasonic Holdings Corporation