IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PANASONIC HOLDINGS CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>*Defendant.* | CASE NO. 6:22-cv-00755-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND STAY

Plaintiff Panasonic Holdings Corporation ("Panasonic") and Defendant Broadcom Corporation ("Broadcom") (together, "the Parties") hereby file this joint motion to extend the stay currently in place as a result of the Court's January 17, 2023 Order Granting the Motion to Stay ("the Order"). The Parties understand that the Order called for the submission of a Scheduling Order if the case was not dismissed by April 18, 2023; however, for the reasons set forth below and to promote judicial economy and conserve party and judicial resources, the Parties respectfully seek leave to keep the current stay in place.

Over the past three months, the Parties have made substantial progress toward settlement, including ongoing video conferences between the Parties' respective international representatives and other discussions among outside counsel. The Parties have resolved many disputes and have recently begun exchanging several drafts of a preliminary, non-binding term sheet in which only two material terms remain to be

negotiated. In view of this progress, the Parties hope to reach agreement on the two outstanding deal terms in the near future.

In order to allow the Parties time to complete negotiations, including the opportunity to schedule and complete final stage face-to-face meetings as necessary, the Parties request an additional eight week extension of the current stay, through June 19, 2023.  The Parties expect that this additional time will allow for the finalization of a settlement to resolve this litigation, or a determination that despite best efforts settlement is not possible and that litigation should commence.  If, at the end of such stay, the Parties have not finalized an agreement and filed a Stipulation of Dismissal, then the Parties will promptly file a Joint Status Report and an Amended Scheduling Order.

DATED:  April 17, 2023

By:  /s/ John M. Guaragna
John M. Guaragna (Bar No. 24043308)
Brian K. Erickson (Bar No. 24012594)
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
DLA Piper LLP (US)
303 Colorado Street, Suite 3000
Austin, TX  78701-4563
Tel: (512) 457-7125
Fax: (512) 457-7001
john.guaragna@us.dlapiper.com
brian.erickson@us.dlapiper.com

Dawn M. Jenkins (Bar No. 24074484)
DLA PIPER LLP (US)
845 Texas Avenue, Suite 3800
Houston, TX 77002
Tel: (713) 425-8400
Fax: (713) 425-8401
dawn.jenkins@us.dlapiper.com

By: /s/ Paige Arnette Amstutz
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, Texas  78701
Tel:  (512) 495-6300
Fax:  (512) 495-6399
pamstutz@scottdoug.com

Matthew Satchwell (pro hac vice)
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Tel:  (312) 368-4000
Fax: (312) 236-7516
matthew.satchwell@us.dlapiper.com

Jake Zolotorev (pro hac vice)
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel: (650) 833-2000
jake.zolotorev@us.dlapiper.com

David R. Knudson (pro hac vice)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel: (619) 699-2700
Fax: (619) 699-2701
david.knudson@us.dlapiper.com

Christian F. Chessman
DLA PIPER LLP (US)
500 8th Street Northwest
Washington, D.C. 20004-2131
Tel: (202) 799-4000
Fax: (202) 799-5000
christian.chessman@us.dlapiper.com

***Attorneys for Plaintiff
Panasonic Holdings Corporation***

Russell A. Korn (admitted *pro hac vice*)
Joshua H. Lee (admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Ste. 2800
Atlanta, GA  30309-4528
Tel: (404) 815-6500
Fax: (404) 815-6555
rkorn@kilpatricktownsend.com
jlee@kilpatricktownsend.com

Kristopher L. Reed (admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
Tel: (214) 922-7100
Fax: (214) 922-7101
kreed@kilpatricktownsend.com

Edward J. Mayle (admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
Tel: (303) 607-4000
Fax: (303) 607-4321
tmayle@kilpatricktownsend.com

***Attorneys for Defendant Broadcom Corp.***

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on April 17, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a). Any other counsel of record will be served by electronic mail on this same date.

                                        /s/ Paige Arnette Amstutz
                                        Paige Arnette Amstutz