IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PANASONIC HOLDINGS CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>*Defendant.* | CASE NO. 6:22-cv-00755-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES AND COURT SETTINGS**

Plaintiff Panasonic Holdings Corporation ("Panasonic") and Defendant Broadcom Corporation ("Broadcom") (together, "the Parties") hereby notify the Court that the Parties have reached a settlement in principle and therefore jointly move to stay all deadlines and court settings for thirty (30) days to allow the Parties time to finalize their agreement and document the terms of the settlement.

If, at the end of the stay, the parties have not finalized an agreement and filed a Stipulation of Dismissal, then the parties will file a Joint Status Report to the Court requesting a status conference to be scheduled at the Court's earliest convenience.

DATED:  July 10, 2023

By: */s/ Russell A. Korn*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
pamstutz@scottdoug.com

Russell A. Korn (admitted *pro hac vice*)
Joshua H. Lee (admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP

Respectfully submitted,

By:  */s/ Matthew Satchwell*
John M. Guaragna (Bar No. 24043308)
Brian K. Erickson (Bar No. 24012594)
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, TX  78701-4563
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@us.dlapiper.com
brian.erickson@us.dlapiper.com

Dawn M. Jenkins (Bar No. 24074484)
DLA PIPER LLP (US)

1

| | |
|---|---|
| 1100 Peachtree Street NE, Ste. 2800<br>Atlanta, GA  30309-4528<br>Telephone: 404 815 6500<br>Facsimile: 404 815 6555<br>rkorn@kilpatricktownsend.com<br>jlee@kilpatricktownsend.com<br><br>Kristopher L. Reed (admitted *pro hac vice*)<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>2001 Ross Avenue, Suite 4400<br>Dallas, Texas 75201<br>Telephone: (214) 922-7100<br>Facsimile: (214) 922-7101<br>kreed@kilpatricktownsend.com<br><br>Edward J. Mayle (admitted *pro hac vice*)<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1400 Wewatta Street, Suite 600<br>Denver, Colorado 80202<br>Telephone: (303) 607-4000<br>Facsimile: (303) 607-4321<br>tmayle@kilpatricktownsend.com<br><br>***Attorneys for Defendant Broadcom Corp.*** | 845 Texas Avenue, Suite 3800<br>Houston, TX 77002<br>Telephone: (713) 425-8400<br>Facsimile: (713) 425-8401<br>dawn.jenkins@us.dlapiper.com<br><br>Matthew Satchwell (pro hac vice)<br>DLA PIPER LLP (US)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606-0089<br>Tel:  312.368.4000<br>Fax: 312.236.7516<br>matthew.satchwell@us.dlapiper.com<br><br>Jake Zolotorev (pro hac vice)<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA  94303-2214<br>Tel: 650.833.2000<br>Fax: 650.833.2001<br>jake.zolotorev@us.dlapiper.com<br><br>David R. Knudson (pro hac vice)<br>DLA PIPER LLP (US)<br>4365 Executive Drive, Suite 1100<br>San Diego, CA  92121-2133<br>Tel: 858.677.1400<br>Fax: 858.677.1401<br>david.knudson@us.dlapiper.com<br><br>Christian F. Chessman<br>DLA PIPER LLP (US)<br>500 8th Street Northwest<br>Washington, D.C. 20004-2131<br>Tel: 202.799.4000<br>Fax: 202.799.5000<br>christian.chessman@us.dlapiper.com<br><br>***Attorneys for Plaintiff***<br>***Panasonic Holdings Corporation*** |

## CERTIFICATE OF SERVICE

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on July 10, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a). Any other counsel of record will be served by electronic mail on this same date.

              */s/ Matthew Satchwell*
              Matthew Satchwell

ACTIVE\1601150304.1