# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PANASONIC HOLDINGS CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>*Defendant.* | CASE NO. 6:22-cv-00755-ADA<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND COURT SETTINGS

Plaintiff Panasonic Holdings Corporation ("Panasonic") hereby notifies the Court that the parties have reached a final settlement and therefore move to stay all deadlines and court settings for ten (10) days to allow the parties time to finalize signatures on the Settlement Agreement.

Defendant does not oppose this motion.

| | |
|---|---|
| DATED: October 31, 2023 | Respectfully submitted,<br><br>By: */s/ Matthew Satchwell*<br>John M. Guaragna (Bar No. 24043308)<br>Brian K. Erickson (Bar No. 24012594)<br>DLA PIPER LLP (US)<br>303 Colorado Street, Suite 3000<br>Austin, TX 78701-4563<br>Tel: 512.457.7125<br>Fax: 512.457.7001<br>john.guaragna@us.dlapiper.com<br>brian.erickson@us.dlapiper.com<br><br>Dawn M. Jenkins (Bar No. 24074484)<br>DLA PIPER LLP (US)<br>845 Texas Avenue, Suite 3800<br>Houston, TX 77002<br>Telephone: (713) 425-8400<br>Facsimile: (713) 425-8401<br>dawn.jenkins@us.dlapiper.com<br><br>Matthew Satchwell (pro hac vice)<br>DLA PIPER LLP (US) |

444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Tel:  312.368.4000
Fax: 312.236.7516
matthew.satchwell@us.dlapiper.com

Jake Zolotorev (pro hac vice)
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel: 650.833.2000
Fax: 650.833.2001
jake.zolotorev@us.dlapiper.com

David R. Knudson (pro hac vice)
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA  92121-2133
Tel: 858.677.1400
Fax: 858.677.1401
david.knudson@us.dlapiper.com

***Attorneys for Plaintiff***
***Panasonic Holdings Corporation***

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Plaintiff has complied with the meet and confer requirement in Local Rule CV-7(g).  Counsel for Plaintiff conferred with counsel for Defendant, and counsel for Defendant indicated on October 30, 2023 that it is unopposed to this motion.

*/s/ Matthew Satchwell*
Matthew Satchwell

1605099274

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on October 31, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a). Any other counsel of record will be served by electronic mail on this same date.

                                              */s/ Matthew Satchwell*
                                              Matthew Satchwell